UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CR-92-1BR
No. 7:16-CV-179-BR

RICKY DALE CLEMMONS,                    )
                                        )
                        Petitioner,     )
                                        )
            v.                          )               ORDER
                                        )
UNITED STATES OF AMERICA,               )
                                        )
                        Respondent.     )


Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing §

2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule

5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the

above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days

of the filing of this order.

This 22 June 2016.



_____
                        W. Earl Britt
                        Senior U.S. District Judge